UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:18-CR-290-1D
Civil No. 5:21-CV-80-D

LASHUN TRACY TINNEN,               )
                                    )
                Petitioner,         )
                                    )
        v.                          )               ORDER
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                Respondent.         )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This **18** day of February, 2021.

                        _____
                        JAMES C. DEVER III
                        UNITED STATES DISTRICT JUDGE